18287—City of Lakewood v. the Public Utilities Commission of Ohio; error to the Public Utilities Commission. Dismissed for want of jurisdiction, no application for rehearing having been filed before the Public Utilities Commission. Marshall, C. J., Wanamaker, Robinson, Jones, Matthias, Day and Allen, JJ., concur.

### MOTION DOCKET

18277—Joseph F. Knott et al v. the Moore Lamb Construction Co. Motion for an order directing the Court of Appeals of Mahoning county to certify its record. Sustained.

18286—State of Ohio v. George J. J. McKay. Motion for leave to file petition in error to the Court of Appeals of Cuyahoga county. Overruled.

For abstract of this case see 2 Abs. 170.

18289—The Pennsylvania R. R. Co. v. Elizabeth May Elliott. Motion for an order directing the Court of Appeals of Mahoning county to certify its record. Overruled.

18303—Ella Jones v. Village of Girard. Motion for an order directing the Court of Appeals of Trumbull county to certify its record. Sustained.

18315—L. V. Fritz et al v. Jacob H. Frietzer, Exr. Motion for an order directing the Court of Appeals of Preble county to certify its record. Overruled.

18322—Lucy Columber v. Wm. H. Maddex et al. Motion for an order directing the Court of Appeals of Hardin county to certify its record. Sustained.

## OFFICIAL SYLLABI OF GENERAL DOCKET CASES DECIDED LAST WEEK

Opinions in these cases will appear in the Abstract at the earliest day following their receipt.

No. 17952—Charles Schwindt et al v. William Graeff et al. Error to the Court of Appeals of Tuscarawas county.

**683. JURY—Verdict of not to be impeached by evidence of jurymen.**

ROBINSON, J.

The rule that the verdict of a jury may not be impeached by the evidence of a member of the jury is a common law rule founded upon public policy, and not upon the doctrine of estoppel, and the fact that a juror offering such impeaching evidence did not join in the verdict, does not exempt such evidence from the operation of the rule. The legislature and not the court are empowered to modify or abrogate the rule.

Judgment affirmed.

Jones, Matthias and Day, JJ., concur. Marshall, C. J., Wanamaker and Allen, JJ., dissent.